IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| RONALD L. GRIFFITH | BANKRUPTCY NO. 12-20416(ELF) |
| a/k/a RGD ENTERPRISES, INC. | |
| d/b/a FOOT SOLUTIONS OF LANCASTER | |
| Debtor | |

## SUPPLEMENTAL VERIFIED STATEMENT IN SUPPORT OF MOTION OF CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE, FOR AUTHORITY TO (I) EMPLOY AMERIPRISE FINANCIAL SERVICES, INC. AS BROKER AND (II) SELL CERTAN STOCK FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105(a), 327(a), 328(a) AND 363(b)(1)

In accordance with Fed.R.Bankr.P. 2014, I, Salvatore J. Petetti, hereby state as follows:

1. I am a broker with the firm of Ameriprise Financial Services, Inc. ("AFS"), a national brokerage firm, with an office located at 1000 Atrium Way, Mt. Laurel, NJ 08054.

2. I make this Supplemental Verified Statement in further support of the motion to employ AFS as broker to the Chapter 7 Trustee in the above-referenced matter to sell certain stock owned by the Debtor's estate free and clear of liens, claims, encumbrances and interests (the "Motion")[1].

3. After the Motion was filed, I discovered that there would be additional fees and costs in liquidating the Stock as it is restricted.

4. Specifically, there are deposit fees for receiving the restricted Stock and processing fees for removing the restricted legend from the Stock.

5. As such, AFS' fees and costs for this matter are modified as follows:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

      A.     An initial deposit fee of One Hundred Dollars ($100.00) for receiving the Stock.

      B.     A processing fee of One Hundred Dollars ($100.00) to remove the restricted legend from the Stock.

      C.     One and one-half (1 ½ %) percent of the gross sale proceeds from the sale of the Stock.

      D.     A Six Dollar ($6.00) handling fee assessed to every trade executed. Due to the relative illiquidity of the Stock, the Stock may have to be sold in several transactions over several days. As such, there may be several handling fee charges.

      E.     A One Hundred Dollar ($100.00) fee to close out the Stock account.

6.     I certify under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 1, 2013

_____
Salvatore J. Petetti