**EXHIBIT "A"**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **RONALD L. GRIFFITH** | : | **BANKRUPTCY NO. 12-20416(ELF)** |
| a/k/a RGD ENTERPRISES, INC. | : | |
| d/b/a FOOT SOLUTIONS OFLANCASTER | : | |
| | : | |
| **Debtor** | : | |
| | : | |

**VERIFIED STATEMENT OF STEPHEN J. SCHERF IN SUPPORT OF THE
APPLICATION OF CHRISTINE C. SHUBERT, CHAPTER 7 TRUSTEE,
TO EMPLOY ASTERION, INC. AS ACCOUNTANTS
PURSUANT TO 11 U.S.C. § 327 AND FED.R.BANKR.P. 2014**

I, Stephen J. Scherf, CPA, principal of Asterion, Inc. ("Asterion"), hereby declare under penalty of perjury, and in connection with the above-captioned Chapter 7 bankruptcy case, that the following facts are true and correct to the best of my knowledge, information and belief:

1. I am a principal of Asterion, which has an address of 215 S. Broad Street, 3rd Floor, Philadelphia, PA 19107.

2. To the best of my knowledge, information and belief, neither I, nor anyone associated with Asterion, represent any interest adverse to the Debtor or to the estate in the matters upon which Asterion is to be engaged.

3. Asterion's fees for this matter shall be based on its customary rates for such services, plus costs. The hourly rates charged by said accounting firm and agreed to by the Trustee, subject to this Court's approval, are as follows:

| | Per Hour |
|---|---|
| Principals and Managing Directors | $325.00 - $450.00 |
| Associates | $165.00 - $320.00 |
| Para Professionals | $100.00 - $160.00 |

4. Asterion intends to provide typical bankruptcy accounting services to the Trustee including, but not limited to:

A. Preparing tax returns; and

B. Addressing other accounting issues that arise in this case.

ASTERION, INC.

By: _____
Stephen J. Scherf, CPA

Dated: May 6, 2013