IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 7 |
| | : |
| RONALD L. GRIFFITH | : BANKRUPTCY NO. 12-20416(ELF) |
| a/k/a RGD ENTERPRISES, INC. | : |
| d/b/a FOOT SOLUTIONS OFLANCASTER | : |
| | : |
| Debtor | : |
| | : |

## NOTICE OF APPLICATION AND RESPONSE DEADLINE

Christine C. Shubert, Chapter 7 Trustee for the estate of Ronald L. Griffith a/k/a RGD Enterprises, Inc. d/b/a Foot Solutions of Lancaster, has filed an Application to Employ Asterion, Inc. as Accountants Pursuant to 11 U.S.C. § 327 and Fed.R.Bankr.P. 2014 (the "Application").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the Application or if you want the court to consider your views on the Application, then on or before **May 14, 2013**, you or your attorney must do all of the following:

    (a)    file an answer explaining your position at

> United States Bankruptcy Court
> for the Eastern District of Pennsylvania
> Robert N.C. Nix, Sr. Building, Suite 400
> 900 Market Street
> Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney:

> Paul B. Maschmeyer, Esquire
> Robert W. Seitzer, Esquire
> Maschmeyer Karalis P.C.
> 1900 Spruce Street
> Philadelphia, PA 19103
> Phone No. (215) 546-4500
> Fax No. (215) 985-4175

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Application.

3. If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney named in paragraph 1(b).

4. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been scheduled because an answer was filed.

**MASCHMEYER KARALIS P.C.**

By:   /s/ Robert W. Seitzer
      Paul B. Maschmeyer, Esquire
      Robert W. Seitzer, Esquire
      1900 Spruce Street
      Philadelphia, PA 19103
      (215) 546-4500
      Counsel to the Trustee

Dated: May 7, 2013