IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| RONALD L. GRIFFITH | : | BANKRUPTCY NO. 12-20416(ELF) |
| a/k/a RGD ENTERPRISES, INC. | : | |
| d/b/a FOOT SOLUTIONS OFLANCASTER | : | |
| | : | |
| Debtor | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire, hereby certify that on the 7th day of May, 2013, I directed to be served a copy of the Application of Christine C. Shubert, Chapter 7 Trustee, to Employ Asterion, Inc. as Accountants Pursuant to 11 U.S.C. § 327 and Fed.R.Bankr.P. 2014 and Notice of the Application upon the parties on the attached list in the manner indicated thereon.

MASCHMEYER KARALIS P.C.


By:   /s/ Robert W. Seitzer
      Robert W. Seitzer, Esquire
      Counsel to the Trustee

Dated: May 7, 2013

| | | |
|---|---|---|
| **VIA ECF TRANSMISSION** | David P. Adams, Esquire<br>Office of the United States Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA 19107 | Christine C. Shubert, Esquire<br>10 Teaberry Drive<br>Medford, NJ 08055 |
| Barry A. Solodky, Esquire<br>Nikolaus & Hohenadel, LLP<br>212 North Queen Street<br>Lancaster, PA 17603 | | |
| **VIA E-MAIL** | Stephen J. Scherf, CPA<br>Asterion, Inc.<br>215 S. Broad Street, 3rd Floor<br>Philadelphia, PA 19107 | |